| | |
|---|---|
| 1 | DAVID A. TORRES AND ASSOCIATES |
| 2 | David A. Torres, SBN135059 |
| | 1318 K. Street |
| 3 | Bakersfield, CA 93301 |
| | Tel: (6610326-0857 |
| 4 | Fax: (661)326-0936 |
| | Email: dtorres@lawtorres.com |
| 5 | |
| | Attorney for: |
| 6 | TERESO CATANO CASAS |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00044-DAD-BAM-2 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| TERESO CATANO CASAS, | |
| Defendant. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND GRANT RABENN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, TERESO CATANO CASAS, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, July 10, 2017 be continued to August 7, 2017.

Mr. Rabenn has been out of the country. There are several issues that need to be discussed and resolved prior to sentencing. In addition, counsel needs additional time to complete a sentencing statement. For this reason, I respectfully request that sentencing be continued to August 7, 2017. I have spoken to AUSA Rabenn, and he has no objection to continuing the sentencing hearing.

///

///

1

**IT IS SO STIPULATED.**

                                          Respectfully Submitted,

DATED: July 5, 2017                      */s/ David A Torres*
                                          DAVID A. TORRES
                                          Attorney for Defendant
                                          TERESO CATANO CASAS

DATED: July 5, 2017                      */s/Grant Rabenn*
                                          GRANT RABENN
                                          Assistant U.S. Attorney

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for July 10, 2017, is continued until August 7, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **July 5, 2017**                                          
                                           UNITED STATES DISTRICT JUDGE