## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Dale A. Drozd  **RE:  Tereso Catano Casas**
United States District Judge  Docket Number:  0972 1:17CR00044-002
Fresno, California  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

Tereso Catano Casas is requesting permission to travel to Playa del Carmen and Cancun, Mexico. Tereso Catano Casas is current with all supervision obligations, he has satisfied his financial obligations and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 7, 2017, Tereso Catano Casas was sentenced for the offense(s) of Title 8 U.SC. Section 4 - Misprision of a Felony (Class E Felony).

**Sentence Imposed:** 36 months Probation; $100 Special Assessment; $5,000 Fine; DNA Collection; and, Mandatory Drug Testing

**Dates and Mode of Travel:** December 25, 2017, through January 5, 2018, using a personal vehicle.

**Purpose:** Family Vacation

1

**RE:** **Tereso Catano Casas**
**Docket Number: 0972 1:17CR00044-002**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/Jose Figueroa

Jose Figueroa
United States Probation Officer

Dated: September 7, 2017
Bakersfield, California

**REVIEWED BY:**     /s/ Lonnie E. Stockton
**Lonnie E. Stockton**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

IT IS SO ORDERED.

Dated: **September 7, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX