**M E M O R A N D U M**

Honorable Dale A. Drozd
United States District Judge
Fresno, California

          RE: **Tereso Catano Casas**
             Docket Number:  17CR00044-002
             <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Your Honor:

Tereso Catano Casas is requesting permission to travel to Zacatecas, Mexico. Tereso Catano Casas is current with all supervision obligations, and the probation officer recommends approval be granted.

**Convictions and Sentencing Date**: On August 7, 2017, Tereso Catano Casas was sentenced for the offense (s) of 18 U.S.C. § 4, - Misprison of Felony (Class E Felony).

**Sentence Imposed:** 3 years imprisonment, 36 months on probation. $100 Special Assessment. Special Conditions include: warrantless search; no dissipation of assets; financial disclosure; no new line of credit without permission; outpatient correctional substance abuse treatment; substance abuse testing; no alcohol; outpatient mental health treatment; aftercare co-payment; follow lawful directive of Immigration and Customs Enforcement; and not obtain employment in a fiduciary capacity.

**Dates and Mode of Travel:** July 20, 2018 to August 10, 2018. A 2007 Dodge Ram Truck, License plate number 379B92.

**Purpose:** To visit family and family vacation.

**RE:     Tereso Catano Casas
         Docket Number:  17CR00044-2**

Respectfully submitted,

/s/ J.C. Hill

**J.C. Hill
United States Probation Officer**

Dated:   July 11, 2018
         Bakersfield, California


**REVIEWED BY:**          /s/ Lonnie E. Stockton
                          **Lonnie E. Stockton
                          Supervising United States Probation Officer**

# ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

IT IS SO ORDERED.

Dated:   **July 11, 2018**                              _Dale A. Drozd_
                                                        UNITED STATES DISTRICT JUDGE


cc:   Grant B. Rabenn and Jeffrey A. Spivak
      Assistant United States Attorneys

      David A. Torres
      Defense Counsel

REV.  03/2017
MEMO_COURT.DOTX